**EXHIBIT A**



## fieldwork
## nrc | NATIONAL RECRUITING CENTER

425 North Martingale Road, Schaumburg, IL 60173 T: 888-863-4353 fieldworknrc@focusgroupresearch.com

Hello UniqueID143

I'm contacting you from Fieldwork a national market research firm interested in obtaining your opinions for an upcoming research study. We are conducting a research study with **RESIDENTIAL PLUMBERS** regarding your opinions about the brands and products you purchase.

We'd like to speak with you to see if you meet the qualifications for this study which will take place from May 27th - May 31st via mobile app.

If you qualify and participate, you will be compensated $200 after completing **5-days** of online activities via mobile app you will be asked to download to your smartphone. I can assure you, we are not selling anything and we are only interested in your opinions regarding your professional experiences with the brands and products you use.

Please keep in mind that we have limited availability and would like to speak to you at your earliest convenience to ask you a few questions. If you are interested in participating, please call Rebecca or Roy at 1-888-863-4353 to see if you qualify for this study.

We ask that you give consideration to participating in this market research as it is your chance to give input into the development of new products and ideas. We look forward to hearing from you soon as limited spots are available.

Thank you,
Fieldwork National Recruiting Center www.fieldwork.com
(888)863-4353

Privacy Policy: YOUR PRIVACY IS IMPORTANT TO US. Fieldwork Inc. respects the privacy of respondents and individuals who respond to electronic information requests. When you register to become a market research participant with Fieldwork Inc., your contact information and other demographic information is added to our database of potential market research participants so that we can contact you when a market research study is being conducted that you may qualify for. To protect the identity and confidentiality of participants in our database, Fieldwork Inc. does not resell or redistribute your information to anyone outside of our company.

About Market Research: Market research is the first link between the manufacturer and/or service providers the consumer's opinion of the product. By answering the questions of opinion and market researchers, consumers make their opinions on products, services and issues known. Using this direct communications channel, the consumer can influence manufacturers and/or service providers to incorporate consumer opinion into products, services and procedures.

To find out more about market research and the market research process, visit http://www.fieldwork.com/join or www.marketingresearch.org (Marketing Research Association).

Your voluntary participation in paid market research with Fieldwork constitutes an Independent Contractor relationship and not an employment relationship.