**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Dixie Plumbing Specialties, Inc.
                                                         Plaintiff,

v.                                                       Case No.: 1:19−cv−05821
                                                         Honorable John J. Tharp Jr.

Fieldwork Chicago−Schaumburg, Inc., et al.
                                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 18, 2022:

    MINUTE entry before the Honorable Sunil R. Harjani: Status hearing set for 7/19/2022 is stricken and reset to 10/11/2022 at 9:15 a.m. by telephone. By 10/6/2022, the parties shall file a joint status report with an update on the results of the private mediation. The Court has reviewed the latest Joint Status Report [83] which confirms that the parties have a mediation set with Judge Holderman on 9/29/2022. Members of the public and media will be able to call in to listen to this hearing but will be placed on mute. The call−in number is (888) 684−8852 and the access code is 7354516. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.